# Exhibit 1

Exhibit 1
3

| | |
|---|---|
| **From:** | Adlong, Daniel A. |
| **To:** | Kagel, Molly; Kuntz, Harrison C. |
| **Cc:** | Do, Phuong; Montgomery, Erin |
| **Subject:** | RE: Mason-Dixon Intermodal d/b/a Universal Intermodal Services (Case 21-CA-252500) -- 10(j) application |
| **Date:** | Thursday, July 15, 2021 5:33:11 PM |

We are fine with electronic service.

Please include Erin Montgomery on any service email.

Thank you,

**Daniel Adlong | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7997 | Fax: 714-754-1298
daniel.adlong@ogletree.com | www.ogletree.com | Bio

**From:** Kagel, Molly <Molly.Kagel@nlrb.gov>
**Sent:** Thursday, July 15, 2021 4:59 PM
**To:** Adlong, Daniel A. <daniel.adlong@ogletreedeakins.com>; Kuntz, Harrison C. <Harrison.Kuntz@ogletreedeakins.com>
**Cc:** Do, Phuong <Phuong.Do@nlrb.gov>
**Subject:** Mason-Dixon Intermodal d/b/a Universal Intermodal Services (Case 21-CA-252500) -- 10(j) application

**[Caution: Email received from external source]**

Daniel and Harrison,

As you know, we will be filing the papers in support of the NLRB's petition for injunctive relief under Section 10(j) in this matter with the Central District Court later this week. Please let me know if you consent to receiving served documents via electronic means, as per F.R.Civ.P. 5, until you file your notice of appearance.

Thank you,

Molly Kagel
Field Attorney
National Labor Relations Board, Region 21
312 N. Spring St., Fl. 10
Los Angeles, CA 90012
(213)634-6511 | Fax: (213)894-2778
molly.kagel@nlrb.gov
www.nlrb.gov
*My pronouns: she/her/hers*

Exhibit 1
4



*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

Exhibit 1
5