1  WILLIAM PATE (SB # 45734)
   William.pate@nlrb.gov
2  STEPHANIE CAHN (SB # 189277)
3  Stephanie.cahn@nlrb.gov
   MOLLY KAGEL (SB # 304328)
4  Molly.kagel@nlrb.gov
5  National Labor Relations Board, Region 21
   312 North Spring Street, 10th Floor
6  Los Angeles, CA 90012
7  Telephone:  (213) 894-6512
   Facsimile:  (213) 894-2778
8
9  Attorneys for Petitioner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. COWEN, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　　　　　Petitioner,<br>v.<br>MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES, SOUTHERN COUNTIES EXPRESS, INC., ROADRUNNER INTERMODAL SERVICES, LLC., AND UNIVERSAL TRUCKLOAD, INC.,<br>　　　　　　　　　　　Respondents. | Case No.: 2:21-cv-05683<br><br>DECLARATION OF MOLLY KAGEL IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SECTION 10(j) INJUNCTION PETITION EXCEEDING PAGE LIMITATION<br><br>Date:  None Requested |

1

# DECLARATION OF MOLLY KAGEL

I, Molly Kagel, declare as follows:

1. I am an attorney with Region 21 of the National Labor Relations Board and an attorney of record for Petitioner in the above-entitled matter. I have personal knowledge of the facts recited in this declaration. If called upon to do so, I would truthfully testify to the following.

2. On July 7, 2021, I contacted Respondents' counsel Daniel A. Adlong by email regarding the substance of this application and requested Respondents' position. In that email, I informed Mr. Adlong that Respondents' position would be included in this application. A copy of that email is attached as Exhibit 1 to this declaration.

3. On July 7, 2021, Mr. Adlong stated, by email, that Respondents do not have an objection to this application. A copy of that email is attached as Exhibit 2 to this declaration.

4. On July 19, 2021, I contacted Mr. Adlong by phone and left a voicemail to confirm Petitioner's intent on filing this application and the substance of this application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this 20th day of July, 2021.

Respectfully submitted,

/s/ Molly Kagel
Molly Kagel