# Exhibit 1

Exhibit 1
3

| From: | Kagel, Molly |
|---|---|
| To: | Adlong, Daniel A.; Kuntz, Harrison C. |
| Cc: | Do, Phuong |
| Subject: | Mason-Dixon Intermodal d/b/a Universal Intermodal Services (Case 21-CA-252500) -- 10(j) application and CPT amendment |
| Date: | Wednesday, July 7, 2021 1:56:00 PM |

Hi Daniel and Harrison,

I hope you've both been having a nice vacation. I'm writing to inform you that we intend to file an Application for Leave to File a Memorandum of Points and Authorities exceeding the page limitation and we would like to include Respondents' position on the application. We believe we will request an extra 10-15 pages for our memo. Please let me know your clients' position.

Furthermore, in our preparation for our filing, we noticed that paragraph 18(c) of the complaint contains a typo. Specifically, it currently reads "since about July 15, 2020" when it should read "since about January 31, 2020." January 31, 2020, is the date that John Ferrer first responded to the Union's information request (Joint Exhibit 7(b)). We plan to amend this formally in the complaint at the hearing. However, since we will be flagging it in our 10j filing we wanted to give you a heads up.

You can always give me a call at the number below.

Thanks,

Molly Kagel
Field Attorney
National Labor Relations Board, Region 21
312 N. Spring St., Fl. 10
Los Angeles, CA 90012
(213)634-6511 | Fax: (213)894-2778
molly.kagel@nlrb.gov
www.nlrb.gov



Exhibit 1
4

# Exhibit 2

Exhibit 2
5

| From: | Adlong, Daniel A. |
|---|---|
| To: | Kagel, Molly; Kuntz, Harrison C. |
| Cc: | Do, Phuong |
| Subject: | RE: Mason-Dixon Intermodal d/b/a Universal Intermodal Services (Case 21-CA-252500) -- 10(j) application and CPT amendment |
| Date: | Wednesday, July 7, 2021 4:42:21 PM |

We have no opposition.

**Daniel Adlong | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7997 | Fax: 714-754-1298
daniel.adlong@ogletree.com | www.ogletree.com | Bio

**From:** Kagel, Molly <Molly.Kagel@nlrb.gov>
**Sent:** Wednesday, July 7, 2021 1:56 PM
**To:** Adlong, Daniel A. <daniel.adlong@ogletreedeakins.com>; Kuntz, Harrison C. <Harrison.Kuntz@ogletreedeakins.com>
**Cc:** Do, Phuong <Phuong.Do@nlrb.gov>
**Subject:** Mason-Dixon Intermodal d/b/a Universal Intermodal Services (Case 21-CA-252500) -- 10(j) application and CPT amendment

*[Caution: Email received from external source]*

Hi Daniel and Harrison,

I hope you've both been having a nice vacation. I'm writing to inform you that we intend to file an Application for Leave to File a Memorandum of Points and Authorities exceeding the page limitation and we would like to include Respondents' position on the application. We believe we will request an extra 10-15 pages for our memo. Please let me know your clients' position.

Furthermore, in our preparation for our filing, we noticed that paragraph 18(c) of the complaint contains a typo. Specifically, it currently reads "since about July 15, 2020" when it should read "since about January 31, 2020." January 31, 2020, is the date that John Ferrer first responded to the Union's information request (Joint Exhibit 7(b)). We plan to amend this formally in the complaint at the hearing. However, since we will be flagging it in our 10j filing we wanted to give you a heads up.

You can always give me a call at the number below.

Thanks,

Molly Kagel
Field Attorney
National Labor Relations Board, Region 21
312 N. Spring St., Fl. 10
Los Angeles, CA 90012
(213)634-6511 | Fax: (213)894-2778
molly.kagel@nlrb.gov
www.nlrb.gov

Exhibit 2
6



*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

Exhibit 2
7