```
WILLIAM PATE (SB # 45734)
William.pate@nlrb.gov
STEPHANIE CAHN (SB # 189277)
Stephanie.cahn@nlrb.gov
MOLLY KAGEL (SB # 304328)
Molly.kagel@nlrb.gov
National Labor Relations Board, Region 21
312 North Spring Street, 10th Floor
Los Angeles, CA 90012
Telephone:  (213) 894-6512
Facsimile:  (213) 894-2778
```

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. COWEN, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>                         Petitioner,<br>v.<br>MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES, SOUTHERN COUNTIES EXPRESS, INC., ROADRUNNER INTERMODAL SERVICES, LLC., AND UNIVERSAL TRUCKLOAD, INC.,<br>                         Respondents. | Case No.:  2:21-cv-05683<br><br>[PROPOSED] ORDER GRANTING PETITIONER LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SECTION 10(j) INJUNCTION PETITION EXCEEDING PAGE LIMITATION |

      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Petitioner William B. Cowen, Regional Director of Region 21 of the National Labor Relations Board (the Board), for and on behalf of the Board, is granted leave to file a Memorandum of Points and Authorities in Support of Petition for Temporary Injunction

under Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. § 160(j), exceeding 25 pages in length.

**IT IS SO ORDERED.**

Dated:_____                 _____
                                    Honorable Mark C. Scarsi
                                    UNITED STATES DISTRICT COURT JUDGE